DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED IRON WORKS, INC.,**
Appellant,

v.

**RAMCON CORP.,**
Appellee.

No. 4D2024-2455

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark A. Speiser, Judge; L.T. Case No. CACE17002552.

David P. Reiner, II, of Reiner & Reiner, P.A., Miami, for appellant.

Bradley R. Weiss and Gal Betesh of Benson, Mucci, & Weiss, P.L., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***